UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELSON CASTILLO, MARTA VALLADARES,
ARACELY VALLADARES, CARLOS REYES,
and YOSELY ESPINAL HENRIQUEZ, individually
and on behalf of all others similarly situated,

                              Plaintiffs,

       - against -

PERFUME WORLDWIDE INC. and
PIYUSH GOLIA,

                            Defendants.
------------------------------------------------------------X

**ORDER**

CV 17-2972 (JS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court acknowledges receipt of the motion to quash filed by The Scher Law Firm, a non-party to the above referenced action. The Court does not accept applications to quash subpoenas by letter motion. The application is therefore DENIED, without prejudice, and with leave to renew as a formal motion on notice under the Federal Rules of Civil Procedure. The Court points out that the motion must be accompanied by a Memorandum of Law with citations to relevant case law. *See* Local Civil Rule 7.1.

Dated: Central Islip, New York
         February 27, 2018

**SO ORDERED:**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge