

# MOSER LAW FIRM, P.C.

STEVEN J. MOSER, ESQ.     3 SCHOOL STREET, SUITE 207B     TEL (516) 671.1150
smoser@moseremploymentlaw.com     GLEN COVE, NEW YORK 11542     FAX (516) 882-5420

February 27, 2018

Hon. A. Kathleen Tomlinson, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Castillo v. Perfume Worldwide,* 17-cv-2972 (JS)(AKT)

Dear Judge Tomlinson:

    I represent the Plaintiffs in the above referenced matter. I write to inform that Plaintiffs have received discovery responses from the Defendants. However, we are still working with Defense counsel with regard to the sufficiency of the responses. To the extent that the parties cannot resolve any outstanding discovery issues between themselves I request that the Plaintiffs' time to file a Motion to Compel be extended to March 15, 2018.

                                        Respectfully submitted,

                                        Steven John Moser