**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NELSON CASTILLO, MARTA VALLADARES,
ARACELY VALLADARES, CARLOS REYES,
and YOSELY ESPINAL HENRIQUEZ, individually
and on behalf of all others similarly situated,

                              Plaintiffs,

            - against -

PERFUME WORLDWIDE INC. and
PIYUSH GOLIA,

                              Defendants.
------------------------------------------------------------X

**ORDER**

CV 17-2972 (JS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court acknowledges receipt of DE 51 and DE 52.  The Court has reviewed the contents of both submissions and conducted its own review of the applicable law.  *See* N.Y. Comp. Codes R. & Regs. tit. 22, § 1200.0.  The Court concludes that Plaintiffs' counsel is entitled to use "moseremploymentlaw" in his law firm's domain name.

       As this matter has been resolved, the Notice of Pendency should be completed and mailed expeditiously.

**SO ORDERED:**

Dated: Central Islip, New York
       April 10, 2018

                                          /s/ A. Kathleen Tomlinson
                                          A. KATHLEEN TOMLINSON
                                          United States Magistrate Judge