

# MOSER LAW FIRM, P.C.

STEVEN J. MOSER, ESQ.  
smoser@moseremploymentlaw.com

3 SCHOOL STREET, SUITE 207B  
GLEN COVE, NEW YORK  11542

TEL (516) 671.1150  
FAX (516) 882-5420

April 13, 2018

Hon. A. Kathleen Tomlinson, USMJ  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York  11722

Re: *Castillo v. Perfume Worldwide,* 17-cv-02972-JS-AKT

Dear Judge Tomlinson:

    I represent the Plaintiffs in the above captioned matter.  On March 29, 2018 I served Plaintiff's Motion for an Order Finding that Perfume Worldwide, Perfume Center of America, and Piyush Golia have waived the attorney client privilege, and Compelling the non-parties (Scher Law Firm and Barbara Kalish, Esq.) to testify and comply with the subpoenas.

    I write to inform the Court that the parties (and the non-parties) have agreed upon the following briefing schedule:  Opposing briefs, if any, shall be served on or before April 20, 2018, and the Reply brief, if any, shall be served on or before April 27, 2018.

Respectfully submitted,

Steven John Moser