DATE: __7/27/2018__          AT: __2:00__

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR PRE-MOTION CONFERENCE</u>

DOCKET NUMBER: __17-2972__

TITLE: __CASTILLO__     -V- __PERFUME WORLD__

APPEARANCES:

FOR PLAINTIFF(S): __STEVEN MOSER__

FOR DEFENDANT(S): __JACQUES CATAFAGO__

REPORTER: NONE

__X__       CASE CALLED.

__X__       COUNSEL FOR ALL SIDES PRESENT.

____       COUNSEL FOR _____ NOT PRESENT.

__X__       CONFERENCE HELD.

____       DISCOVERY TO BE COMPLETED BY_____

____       PARTIES TO COMPLETE_____
           BY THE NEXT CONFERENCE OR BY_____

____       NEXT CONFERENCE SET FOR_____

____       CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
           FOR_____

__X__       MOTION TO BE FILED BY __10/ 9/2018__;
                    RESPONSE BY __10/16/2018__;
                    REPLY BY     __ / /2018__.

____       JURY SELECTION SET FOR __ / /2018__ AT 9:30AM BY LAW CLERK

____       TRIAL SET FOR_____

__X__       OTHER <u>SECOND AMENDED COMPLAINT TO BE FILED 8/24/2018, NOT TO INCLUDE PLAINTIFFS WITH ARBITRATION AGREEMENTS.</u>