**EXHIBIT A**
**TO ORDER STAYING CLAIMS OF OPT-IN PLAINTIFFS**

| Date | Doc No. | Name | Bates No |
|---|---|---|---|
| 4/30/2018 | 63 | Jermain Charles | DEF04777 |
| 4/30/2018 | 64 | Yercis Charles | DEF04851 |
| 4/30/2018 | 65 | Yesenia Fuenmayor | DEF02947 |
| 4/30/2018 | 69 | Yeni Liseth | DEF04845 |
| 4/30/2018 | 72 | Concepcion Saenz | DEF02827 |
| 4/30/2018 | 73 | Diana Aguilar | DEF04747 |
| 4/30/2018 | 75 | Heydi Baquedano | DEF02425 |
| 4/30/2018 | 77 | Jose Ramon | DEF02689 |
| 4/30/2018 | 78 | Mauro A. Hernandez | DEF02593 |
| 5/2/2018 | 83 | Orfilio Galo | DEF03109 |
| 5/2/2018 | 84 | Olvin R. Contreras | DEF03097 |
| 5/3/2018 | 91 | Florencia Chica | DEF02359 |
| 5/3/2018 | 93 | Carmen Ventura | DEF04735 |
| 5/4/2018 | 96 | Jose Aguilar | DEF03772 |
| 5/4/2018 | 97 | Oscar Guevara | DEF04819 |
| 5/4/2018 | 99 | Karen Hernandez | DEF04789 |
| 5/4/2018 | 100 | Guadalupe Jaurez | DEF04759 |
| 5/4/2018 | 101 | Luz Aguilar | DEF02785 |
| 5/4/2018 | 105 | Elvin Jose Bermudez | DEF03850 |
| 5/7/2018 | 107 | Elizabeth Cabrera | DEF02491 |
| 5/7/2018 | 108 | Rosalina Umanzar | DEF02851 |
| 5/7/2018 | 112 | Maria Palacios | DEF02743 |
| 5/7/2018 | 114 | Carlos Guzman | DEF03085 |
| 5/7/2018 | 115 | Valeria Cedeno | DEF02833 |
| 5/7/2018 | 116 | Karla E. Blanco | DEF02473 |
| 5/7/2018 | 118 | Eduardo Guardado | DEF04753 |
| 5/9/2018 | 122 | Brayam Figueroa E | DEF02443 |
| 5/9/2018 | 123 | Kairy Argueta | DEF03482 |
| 5/9/2018 | 124 | Jose L. Saenz | DEF03073 |
| 5/10/2018 | 127 | Danis Rivera | DEF03127 |
| 5/10/2018 | 129 | Odessa Aguilar | DEF02773 |
| 5/10/2018 | 131 | Sulma D. Velasquez | DEF03133 |
| 5/14/2018 | 136 | Andres Gregono | DEF04717 |
| 5/14/2018 | 137 | Dora Miranda | DEF02401 |
| 5/14/2018 | 138 | Daniel Reyes | DEF03380 |
| 5/14/2018 | 139 | Frida Rojas | DEF02455 |
| 5/14/2018 | 141 | Mirna Alvarado | DEF02857 |
| 5/14/2018 | 143 | Marina Polanco | DEF02545 |
| 5/17/2018 | 144 | Keyri Espinal | DEF03580 |
| 5/17/2018 | 145 | Olga Luna | DEF02497 |
| 5/21/2018 | 147 | Cristian Pineda | DEF03500 |
| 5/21/2018 | 149 | Mario A. Chavez | DEF03235 |
| 5/22/2018 | 152 | Carlos Varela | DEF04729 |

**EXHIBIT A**
**TO ORDER STAYING CLAIMS OF OPT-IN PLAINTIFFS**

| Date | Doc No. | Name | Bates No |
| --- | --- | --- | --- |
| 5/24/2018 | 156 | Kensy Solis | DEF04795 |
| 5/24/2018 | 160 | Amalia Machado | DEF02989 |
| 5/25/2018 | 162 | Vilma Diaz | DEF02599 |
| 5/25/2018 | 163 | Jessica V. Chicas | DEF02353 |
| 5/29/2018 | 164 | Dinora Diaz | DEF03730 |
| 5/29/2018 | 167 | Maribel Sanchez | DEF03169 |
| 5/29/2018 | 168 | Noe Sanchez | DEF04813 |
| 5/29/2018 | 169 | Oscar Noe Reyes | DEF04827 |
| 5/30/2018 | 171 | Keydi Zamadi Ochoa | DEF02869 |
| 5/31/2018 | 172 | Jose I. Argueta | DEF03332 |
| 6/1/2018 | 175 | Carlos Cruz | DEF04723 |
| 6/1/2018 | 176 | Oscar Palma | DEF04833 |
| 6/4/2018 | 185 | Javier Cerna | DEF04771 |
| 6/6/2018 | 190 | Roxana Vasquez | DEF04839 |
| 6/7/2018 | 195 | Meybel Martinez | DEF04807 |
| 6/8/2018 | 202 | Gutierrez H. Walter | DEF02935 |
| 6/11/2018 | 203 | Maria Vasquez | DEF03712 |
| 6/13/2018 | 209 | Miriam Reyes | DEF03356 |
| 6/13/2018 | 212 | Alfredis E. Marquez | DEF02647 |
| 6/14/2018 | 213 | Yanira Aguilar | DEF02839 |
| 6/15/2018 | 216 | Edwin S. Martinez | DEF03079 |
| 6/15/2018 | 217 | Ruben Arce | DEF02587 |
| 6/18/2018 | 221 | Martin Orellana | DEF03091 |
| 6/20/2018 | 223 | Jose Funes | DEF02611 |
| 6/20/2018 | 224 | Melvin A. Pavon | DEF02605 |
| 6/20/2018 | 227 | Wilber L. Aguirre | DEF03271 |
| 6/20/2018 | 228 | Marien W. Arriola | DEF02641 |
| 6/20/2018 | 229 | Jose Villalobos | DEF04783 |
| 6/20/2018 | 230 | Candelaria del Carmen Molina | DEF02881 |
| 6/21/2018 | 232 | Elisa Amaya | DEF02095 |
| 6/22/2018 | 236 | Maria B. Jimenez | DEF03037 |
| 6/22/2018 | 237 | Maria Jimenez | DEF03037 |
| 6/25/2018 | 240 | Leticia Reyes | DEF02569 |
| 6/25/2018 | 241 | Xenia Barillas | DEF02551 |
| 6/25/2018 | 242 | Maria Villatoro | DEF02797 |
| 6/25/2018 | 243 | Meybel Renderos | DEF03634 |
| 6/25/2018 | 244 | Maria Moran | DEF04875 |
| 6/25/2018 | 245 | Isabel Ortiz | DEF04765 |
| 6/25/2018 | 247 | Claribel Campos | DEF03736 |
| 6/27/2018 | 257 | Edis Fuentes | DEF02575 |
| 6/29/2018 | 259 | Cecilia Ramirez | DEF04741 |
| 7/2/2018 | 261 | Martha Rodriguez | DEF04881 |
| 7/5/2018 | 265 | Josselin Osmari Reyes | DEF02341 |

**EXHIBIT A**
**TO ORDER STAYING CLAIMS OF OPT-IN PLAINTIFFS**

| Date | Doc No. | Name | Bates No |
|---|---|---|---|
| 7/19/2018 | 269 | Gladis Villalta | DEF02389 |
| 7/23/2018 | 271 | German Solorzano | DEF04863 |
| 8/9/2018 | 274 | Karen Vargas | DEF04869 |
| 8/9/2018 | 275 | Valery Contarero | DEF04887 |
| 8/9/2018 | 276 | Melissa Pinto | DEF04893 |

| TOTAL | 91 |
|---|---|