UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NELSON CASTILLO, MARTA VALLADARES,
ARACELY VALLADARES, CARLOS REYES, and
YOSELY ESPINAL HENRIQUEZ, individually and on
behalf of all others similarly situated,

                Plaintiffs,

- against -

PERFUME WORLDWIDE INC. and PIYUSH GOLIA,

                Defendant.

Case No. 17-CV-2972 (JS)(AKT)

**ORDER STAYING CLAIMS OF OPT-IN PLAINTIFFS**

WHEREAS this case was commenced on May 16, 2017 for alleged violations of the Fair Labor Standards Act and the New York Labor Law; and

WHEREAS on August 5, 2017 Plaintiffs moved for conditional collective certification under the FLSA; and

WHEREAS by order dated March 30, 2018 the Hon. A. Kathleen Tomlinson, USMJ granted in part and denied in part Plaintiffs' Motion for conditional collective certification; and

WHEREAS pursuant to the order dated March 30, 2018 Plaintiffs' Counsel mailed notice and opt in forms to putative collective action members, and

WHEREAS as of the date of this stipulation, 194 individuals (including the original 4 named Plaintiffs) have filed consents to join this FLSA action, and

WHEREAS the Defendants have produced Arbitration Agreements ostensibly pertaining to 91 individuals who have filed consents to join this FLSA action.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The claims of the Opt-In Plaintiffs identified in Exhibit A are hereby STAYED pending the completion of arbitration proceedings before the American Arbitration

Association (AAA);

2. Opt-In Plaintiffs listed on Exhibit A shall have thirty days from the date of this order until ~~September 30, 2018~~ *October 17, 2018* to file demands for arbitration with the American Arbitration Association (AAA) pursuant to the AAA's Employment Arbitration Rules;

3. The Arbitrator shall have the authority to determine all questions regarding the validity, enforceability and authenticity of the Arbitration Agreements and provisions thereof;

4. This Court shall retain jurisdiction to review and confirm the arbitration award(s), if any, and to enter judgment(s), if any, for the purposes of enforcement;

5. The claims of any opt-in plaintiff on Exhibit A who does not file a demand for arbitration with the AAA on or before ~~September 30~~ *October 17*, 2018 shall be dismissed without prejudice.

ENTERED:

9-18-18

/s/ JOANNA SEYBERT
HON. JOANNA SYEBERT
UNITED STATES DISTRICT JUDGE

Case 2:17-cv-02972-AKT Document 280 Filed 09/18/18 Page 3 of 5 PageID #: 1050
Case 2:17-cv-02972-JS-AKT Document 279-2 Filed 08/28/18 Page 1 of 3 PageID #: 1045
Page 1 of 3

**EXHIBIT A**
**TO ORDER STAYING CLAIMS OF OPT-IN PLAINTIFFS**

| Date | Doc No. | Name | Bates No |
|---|---|---|---|
| 4/30/2018 | 63 | Jermain Charles | DEF04777 |
| 4/30/2018 | 64 | Yercis Charles | DEF04851 |
| 4/30/2018 | 65 | Yesenia Fuenmayor | DEF02947 |
| 4/30/2018 | 69 | Yeni Liseth | DEF04845 |
| 4/30/2018 | 72 | Concepcion Saenz | DEF02827 |
| 4/30/2018 | 73 | Diana Aguilar | DEF04747 |
| 4/30/2018 | 75 | Heydi Baquedano | DEF02425 |
| 4/30/2018 | 77 | Jose Ramon | DEF02689 |
| 4/30/2018 | 78 | Mauro A. Hernandez | DEF02593 |
| 5/2/2018 | 83 | Orfilio Galo | DEF03109 |
| 5/2/2018 | 84 | Olvin R. Contreras | DEF03097 |
| 5/3/2018 | 91 | Florencia Chica | DEF02359 |
| 5/3/2018 | 93 | Carmen Ventura | DEF04735 |
| 5/4/2018 | 96 | Jose Aguilar | DEF03772 |
| 5/4/2018 | 97 | Oscar Guevara | DEF04819 |
| 5/4/2018 | 99 | Karen Hernandez | DEF04789 |
| 5/4/2018 | 100 | Guadalupe Jaurez | DEF04759 |
| 5/4/2018 | 101 | Luz Aguilar | DEF02785 |
| 5/4/2018 | 105 | Elvin Jose Bermudez | DEF03850 |
| 5/7/2018 | 107 | Elizabeth Cabrera | DEF02491 |
| 5/7/2018 | 108 | Rosalina Umanzar | DEF02851 |
| 5/7/2018 | 112 | Maria Palacios | DEF02743 |
| 5/7/2018 | 114 | Carlos Guzman | DEF03085 |
| 5/7/2018 | 115 | Valeria Cedeno | DEF02833 |
| 5/7/2018 | 116 | Karla E. Blanco | DEF02473 |
| 5/7/2018 | 118 | Eduardo Guardado | DEF04753 |
| 5/9/2018 | 122 | Brayam Figueroa E | DEF02443 |
| 5/9/2018 | 123 | Kairy Argueta | DEF03482 |
| 5/9/2018 | 124 | Jose L. Saenz | DEF03073 |
| 5/10/2018 | 127 | Danis Rivera | DEF03127 |
| 5/10/2018 | 129 | Odessa Aguilar | DEF02773 |
| 5/10/2018 | 131 | Sulma D. Velasquez | DEF03133 |
| 5/14/2018 | 136 | Andres Gregono | DEF04717 |
| 5/14/2018 | 137 | Dora Miranda | DEF02401 |
| 5/14/2018 | 138 | Daniel Reyes | DEF03380 |
| 5/14/2018 | 139 | Frida Rojas | DEF02455 |
| 5/14/2018 | 141 | Mirna Alvarado | DEF02857 |
| 5/14/2018 | 143 | Marina Polanco | DEF02545 |
| 5/17/2018 | 144 | Keyri Espinal | DEF03580 |
| 5/17/2018 | 145 | Olga Luna | DEF02497 |
| 5/21/2018 | 147 | Cristian Pineda | DEF03500 |
| 5/21/2018 | 149 | Mario A. Chavez | DEF03235 |
| 5/22/2018 | 152 | Carlos Varela | DEF04729 |

Case 2:17-cv-02972-AKT   Document 280   Filed 09/18/18   Page 4 of 5 PageID #: 1051
Case 2:17-cv-02972-JS-AKT   Document 279-2   Filed 08/28/18   Page 2 of 3 PageID #: 1046
Page 2 of 3

# EXHIBIT A
## TO ORDER STAYING CLAIMS OF OPT-IN PLAINTIFFS

| Date | Doc No. | Name | Bates No |
|---|---|---|---|
| 5/24/2018 | 156 | Kensy Solis | DEF04795 |
| 5/24/2018 | 160 | Amalia Machado | DEF02989 |
| 5/25/2018 | 162 | Vilma Diaz | DEF02599 |
| 5/25/2018 | 163 | Jessica V. Chicas | DEF02353 |
| 5/29/2018 | 164 | Dinora Diaz | DEF03730 |
| 5/29/2018 | 167 | Maribel Sanchez | DEF03169 |
| 5/29/2018 | 168 | Noe Sanchez | DEF04813 |
| 5/29/2018 | 169 | Oscar Noe Reyes | DEF04827 |
| 5/30/2018 | 171 | Keydi Zamadi Ochoa | DEF02869 |
| 5/31/2018 | 172 | Jose I. Argueta | DEF03332 |
| 6/1/2018 | 175 | Carlos Cruz | DEF04723 |
| 6/1/2018 | 176 | Oscar Palma | DEF04833 |
| 6/4/2018 | 185 | Javier Cerna | DEF04771 |
| 6/6/2018 | 190 | Roxana Vasquez | DEF04839 |
| 6/7/2018 | 195 | Meybel Martinez | DEF04807 |
| 6/8/2018 | 202 | Gutierrez H. Walter | DEF02935 |
| 6/11/2018 | 203 | Maria Vasquez | DEF03712 |
| 6/13/2018 | 209 | Miriam Reyes | DEF03356 |
| 6/13/2018 | 212 | Alfredis E. Marquez | DEF02647 |
| 6/14/2018 | 213 | Yanira Aguilar | DEF02839 |
| 6/15/2018 | 216 | Edwin S. Martinez | DEF03079 |
| 6/15/2018 | 217 | Ruben Arce | DEF02587 |
| 6/18/2018 | 221 | Martin Orellana | DEF03091 |
| 6/20/2018 | 223 | Jose Funes | DEF02611 |
| 6/20/2018 | 224 | Melvin A. Pavon | DEF02605 |
| 6/20/2018 | 227 | Wilber L. Aguirre | DEF03271 |
| 6/20/2018 | 228 | Marien W. Arriola | DEF02641 |
| 6/20/2018 | 229 | Jose Villalobos | DEF04783 |
| 6/20/2018 | 230 | Candelaria del Carmen Molina | DEF02881 |
| 6/21/2018 | 232 | Elisa Amaya | DEF02095 |
| 6/22/2018 | 236 | Maria B. Jimenez | DEF03037 |
| 6/22/2018 | 237 | Maria Jimenez | DEF03037 |
| 6/25/2018 | 240 | Leticia Reyes | DEF02569 |
| 6/25/2018 | 241 | Xenia Barillas | DEF02551 |
| 6/25/2018 | 242 | Maria Villatoro | DEF02797 |
| 6/25/2018 | 243 | Meybel Renderos | DEF03634 |
| 6/25/2018 | 244 | Maria Moran | DEF04875 |
| 6/25/2018 | 245 | Isabel Ortiz | DEF04765 |
| 6/25/2018 | 247 | Claribel Campos | DEF03736 |
| 6/27/2018 | 257 | Edis Fuentes | DEF02575 |
| 6/29/2018 | 259 | Cecilia Ramirez | DEF04741 |
| 7/2/2018 | 261 | Martha Rodriguez | DEF04881 |
| 7/5/2018 | 265 | Josselin Osmari Reyes | DEF02341 |

Case 2:17-cv-02972-AKT Document 280 Filed 09/18/18 Page 5 of 5 PageID #: 1052
Case 2:17-cv-02972-JS-AKT Document 279-2 Filed 08/28/18 Page 3 of 3 PageID #: 1047
Page 3 of 3

## EXHIBIT A
## TO ORDER STAYING CLAIMS OF OPT-IN PLAINTIFFS

| Date | Doc No. | Name | Bates No |
|---|---|---|---|
| 7/19/2018 | 269 | Gladis Villalta | DEF02389 |
| 7/23/2018 | 271 | German Solorzano | DEF04863 |
| 8/9/2018 | 274 | Karen Vargas | DEF04869 |
| 8/9/2018 | 275 | Valery Contarero | DEF04887 |
| 8/9/2018 | 276 | Melissa Pinto | DEF04893 |

| TOTAL | 91 |
|---|---|