FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 10 2019 ★
LONG ISLAND OFFICE

*THIS FORM MUST BE MAILED ON OR BEFORE JUNE 22, 2018*
*ESTE FORMULARIO DEBE SER ENVIADO EN O ANTES DE 22 JUNIO 2018*

## CONSENT TO JOIN/CONSENTIMIENTO A UNIRSE

Pursuant to Section 16(b) of the Fair Labor Standards Act, I consent to join the collective action brought in United States District Court for the Eastern District of New York entitled *Castillo v. Perfume Worldwide, Inc.,* 17-CV-2972(JS)(AKT), to recover unpaid overtime wages. I hereby authorize the Moser Employment Law Firm, PC to represent me with regard to my Federal Overtime Claims. I agree to be bound by any settlement of this action or adjudication by the Court.

De acuerdo con la Sección 16 (b) de la Ley de Normas de Trabajo Justos, consiento unirme en la acción colectiva presentada en el Tribunal de Distrito de los Estados Unidos para el Distrito Este de Nueva York llamado *Castillo v. Perfume Worldwide,* 17-CV-2972 (JS) (AKT), para recuperar horas extras no pagados. Por la presente autorizo a la Moser Employment Law Firm, PC para que me represente con respecto a mis Reclamaciones Federales por Horas Extras. Me pongo de acuerdo a estar obligado por cualquier arreglo de esta acción o adjudicación por el Tribunal.

Signature/Firma: *[signed] Lilian S. Mazariegos*        Date/Fecha: 1/7/2019

Name/Nombre: Lilian S. Mazariego

Address/Direccion:

Telephone Number

Please mail the completed form to/Por favor envíe el formulario completo a la

**Clerk of Court**
**United Sates District Court**
**Eastern District of New York**
**Long Island Courthouse**
**100 Federal Plaza**
**Central Islip, NY 11722**

RECEIVED
JAN 10 2019
EDNY PRO SE OFFICE