

The Empire State Building
350 Fifth Avenue, Suite 7710
New York, NY 10118

tel: 212-239-9669   fax: 212-239-9688
www.catafagofini.com

February 22, 2019

*Via ECF filing*
Honorable A. Kathleen Tomlinson
Magistrate Judge United States District Court
Eastern District New York
100 Federal Plaza
Central Islip, New York

**Re: Castillo v. Perfume Worldwide et al 17-Cv-02972 (JS)(AKT)**

Dear Judge Tomlinson:

We represent the defendants in the above captioned action. We are writing to advise the Court of the briefing schedule that has been agreed to regarding the settlement of this action and the procedures that should apply to such settlement.

The plaintiffs' counsel has proposed that the opening briefs for the parties' respective motions shall be due 54 days from today (April 17, 2019); opposition briefs to the respective motions shall be due 30 days thereafter (May 17, 2019); and reply briefs in further support of the respective motions shall be due 15 days thereafter (June 1, 2019, which because it is a Saturday would mean that this due date would be Monday, June 4, 2019). The defendants are amenable to this schedule, as proposed by the plaintiffs.

Accordingly, we respectfully request that the Court advise whether it accepts the plaintiffs' proposed briefing schedule and, if so, that it So Order such schedule.

Respectfully submitted,

*Jacques Catafago*
Jacques Catafago

cc: all counsel of record (via ECF)