UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELSON CASTILLO, MARTA VALLADARES, ARACELY VALLADARES, CARLOS REYES, and YOSELY ESPINAL HENRIQUEZ, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>-against-<br><br>PERFUME WORLDWIDE INC., PERFUME CENTER OF AMERICA INC., SHRI PARSHWA PADMAVATI & CO. LLC, 3OVO LOGISTICS INC., TEXVEL INC., JOHN DOE CORPORATIONS NOS. 1-5, KANAK GOLIA, PIYUSH GOLIA, PRABHA GOLIA and ROMA GOLIA,<br><br>         Defendants. | 17-CV-02972 (AKT)<br><br>**NOTICE OF MOTION** |

TO ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE**, that defendants Perfume Worldwide Inc., Perfume Center of America Inc., Shri Parshwa Padmavati & Co. LLC, 3OVO Logistics Inc., Texvel Inc., John Doe Corporations Nos. 1-5, Kanak Golia, Piyush Golia, Prabha Golia and Roma Golia (collectively, "Defendants"), by its attorneys Catafago Fini LLP, will move this Court, before the Honorable A. Kathleen Tomlinson at the Federal Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, on August 1, 2019, or as soon thereafter as counsel can be heard, for an Order granting Defendants' motion asking the Court to enforce the settlement agreement in accordance with Fed. R. Civ. P. Rule 23 opt-out procedures. Defendants' motion rests upon all prior pleadings and proceedings had herein, and upon the following papers served herewith: (a) Declaration of Jacques Catafago, Esq., (b) Exhibits A and B, and (c) Defendants' Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's June 3, 2019 Order

2

in this action (Doc. 295), papers, if any, in opposition to this motion are required to be served upon the undersigned counsel so as to be received by July 15, 2019.

Dated: New York, New York
       June 17, 2019

                                            CATAFAGO FINI LLP

By:  *Jacques Catafago*
      Jacques Catafago, Esq.
      The Empire State Building
      350 Fifth Avenue, Suite 7710
      New York, New York 10118
      (212) 239-9669
      *Attorneys for Defendants*