MOSER LAW FIRM, P.C.

Steven J. Moser, Esq.
Phone 631-759-4054
smoser@moseremploymentlaw.com

April 12, 2021

**VIA ECF**

Hon. A. Kathleen Tomlinson, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Castillo v. Perfume Worldwide, Inc.,* 17-cv-02972

Dear Judge Tomlinson:

    I represent the Plaintiffs in the above referenced matter. On June 17, 2019 the Plaintiffs submitted a motion to enforce the terms of a class and collective settlement (See ECF Nos. 296 and 297). Recently the Plaintiffs have entered into settlement negotiations in an attempt to resolve the issues raised in the motion. Plaintiffs respectfully request that the Court not rule on Plaintiffs' motion prior to April 30, 2021 so that we may attempt to reach a settlement.

                                         Respectfully submitted,

                                         Steven J. Moser