UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---

NELSON CASTILLO, MARTA VALLADARES, ARACELY VALLADARES, CARLOS REYES, YOSELY ESPINAL HENRIQUEZ, individually and on behalf of all others similarly situated,

             Plaintiffs,

- against -

PERFUME WORLDWIDE INC., PERFUME CENTER OF AMERICA, INC., SHRI PARSHWA PADMAVATI & CO., LLC, 3OVO LOGISTICS INC., TEXVEL, INC., JOHN DOE CORPORATIONS NOS. 1-5, KANAK GOLIA, PIYUSH GOLIA, PRABHA GOLIA and ROMA GOLIA,

             Defendants.

Case No. 17-cv-2972 (AKT)

**[PROPOSED] ORDER GRANTING MOTION FOR CONDITOINAL CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT**

   Based on the declaration of Steven J. Moser and Memorandum of Law dated August 23, 2021, and the papers annexed thereto, Plaintiffs' assented-to motion for conditional certification and preliminary approval of the parties' class and collective action settlement agreement titled "Settlement Agreement and Release" ("Settlement Agreement", annexed to the Moser Declaration as Exhibti 7), is GRANTED, and the Court hereby:

   1.  Grants preliminary approval of the Settlement Agreement;

   2.  Preliminarily certifies the following settlement class under Fed. R .Civ. P. 23(a), (b)(1) and (b)(3) for purposes of effectuating the parties' settlement:

> All employees of Perfume Worldwide Inc. who performed work as non-exempt employees between January 1, 2011 and December 31, 2018.

   3.  Approves the proposed class notice attached to the Moser Declaration as Exhibit 8 and distribution thereof to the settlement class members in English and Spanish.

4. Approves the proposed class action settlement procedure;

5. Appoints Steven J. Moser of the Moser Law Firm, P.C. as Class Counsel; and

6. Sets the schedule for final settlement approval as follows:

   a. *Class List.* Within 21 days following the date on which the Court grants Preliminary Approval, Defendants will provide the Claims Administrator and Class Counsel with a list, in electronic form, of the names, addresses, dates of employment, regular rate(s) of pay, and social security/tax ID number of each Class Member (the "Class List") during the Covered Period. Within 7 days following receipt of the Class List, Class Counsel shall identify each Opt-In FLSA Plaintiff on the Class List and may furnish corrected information for Opt-In FLSA Plaintiffs to the Claims Administrator and Defendants' Counsel.

   b. *Mailing.* Within 28 days after preliminary approval, the Claims Administrator shall mail the Court-approved notice to each Class Member, in English and Spanish.

   c. *Fairness Hearing.* The Fairness hearing will be held on _____, at _____.

   d. *Motion for Final Approval.* No later than 14 days before the Fairness Hearing, Plaintiffs will submit a Motion for Judgment and Final Approval.

7. Dismisses with prejudice pursuant to FRCP 41 all claims against Perfume Center of America Inc., Shri Parshwa Padmavati & Co., LLC, 3OVO Logistics Inc., Texvel, Inc., Kanak Golia, Prabha Golia, and Roma Golia.

8. Lifts the Order Staying the Claims of the Opt-In Plaintiffs which was issued on

September 18, 2018 (ECF No. 280, a copy of which is annexed to the Moser Declaration as Exhibit 5) for the purposes of consummating the settlement.

**SO ORDERED:**

_____                    **Dated:** _____
Magistrate Judge A. Kathleen Tomlinson