**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NELSON CASTILLO, MARTA VALLADARES, ARACELY VALLADARES, CARLOS REYES, YOSELY ESPINAL HENRIQUEZ, VILMA DIAZ and JESSICA CHICAS individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>- against -<br><br>PERFUME WORLDWIDE INC. and PIYUSH GOLIA,<br><br>                              Defendants. | Case No. 17-CV-02972 (ST) |

**NOTICE OF MOTION FOR FINAL APPROVAL OF**
**CLASS AND COLLECTIVE ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement and in the Declaration of Steven J. Moser in Support thereof, the Plaintiffs respectfully request that the Court issue an Order:

1. Certifying the following settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the parties' settlement:

    > All employees of Perfume Worldwide Inc. who performed work as non-exempt employees between January 1, 2011 and December 31, 2018

2. Granting final approval of the proposed Class and Collective Action Settlement Agreement;

3. Awarding $10,000 to each of the seven class representatives as compensation for their service on behalf of the class;

4. Approving administration costs and fees in an amount of up to $37,500.00 to be paid to the claims administrator, Settlement Services, Inc. (SSI);

     5.     Approving Class Counsel's application for attorneys' fees of one-third of the total settlement amount ($750,000.00), as well as out of pocket litigation expenses;

     6.     Directing the Parties and the Claims Administrator to fully comply with the terms of the Settlement Agreement, and incorporating by reference the terms of the proposed settlement; and

     7.     Dismissing this matter and Litigation in its entirety and with prejudice.

Dated: Huntington, New York
        June 10, 2022

                                  Respectfully submitted,
                                  MOSER LAW FIRM, P.C.
                                  *CLASS COUNSEL*
                                  5 East Main Street
                                  Huntington, New York 11743
                                  (516) 671-1150

                                  By:_____
                                      Steven J. Moser